[No. 67459-5-I.  Division One.  July 2, 2012.]

JOHN BEHNKE ET AL., *as Trustees and on Behalf of Two Named Trusts, Appellants,* v. EDWARD AHRENS ET AL., *Respondents.*

The opinion in the above caption case, which appeared in the advance sheets at 169 Wn. App. 360-78, has not been published in the permanent bound volume pursuant to an order of the Court of Appeals dated December 10, 2012 granting reconsideration, withdrawing the opinion, and substituting a new opinion. See 172 Wn. App. 281.